■ In the Matter of the Claim of GERTRUDE KELLY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— GABRIELLI, J. Appeal by the claimant from a decision of the Unemployment Insurance Appeal Board, filed February 16, 1968, disqualifying claimant from unemployment insurance benefits and imposing a forfeiture of 20 effective days. Having been employed for one week, claimant advised her employer she was leaving to accompany her husband to California. Sometime thereafter she returned to New York and filed for benefits. In her claim for benefits in answer to the question of why she left or lost her last job she stated "Not enough work for me." The board's finding that the "claimant wilfully made a false statement to obtain benefits" finds support in the record and the determination appealed from is based on substantial evidence. (*Matter of Realmuto [Catherwood]*, 28 A D 2d 739; *Matter of Goldwag [Catherwood]*, 28 A D 2d 761.) Decision affirmed, without costs. Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.

■ IDA DE CESARE, Appellant, v. ROSA PALAZINI, Respondent.— AULISI, J. Appeal from a judgment of the County Court of Schenectady County, in favor of defendant, entered October 19, 1965, upon a decision of the court after a trial without a jury. In this action to recover against defendant maker on a promissory note, appellant contends that the trial court erred in admitting proof of an alteration of the instrument since defendant failed to allege the alteration as an affirmative defense in his answer. We do not agree. It is well settled that an alteration of a note may be shown under a general denial (*Schwarz* v. *Oppold*, 74 N. Y. 307; *Starasvetsky* v. *Feldman*, 208 App. Div. 792). Judgment affirmed, without costs. Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.